# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. TYLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>　　　　Defendant. | CASE NO.: 2:22-cv-00375-MCE-DMC<br><br>**ORDER RE: JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Extend Time to Respond to Complaint is GRANTED. Not later than May 23, 2022, Defendant shall file and serve a response to the Complaint, if any.

IT IS SO ORDERED.

Dated: May 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE