# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. TYLER,<br><br>    Plaintiff,<br><br>    v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No.  2:22-cv-00375-MCE-DMC<br><br>**ORDER** |

The parties having filed with this Stipulation of Dismissal with Prejudice and the Court having reviewed the same, **IT IS HEREBY ORDERED**:

1. The Stipulation is APPROVED. The action against Dynamic Recovery Solutions, LLC, is hereby DISMISSED with prejudice.  Each party shall bear its own costs and attorney fees, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED: October 17, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

{00176222;1}                                     1